STEVEN F. GRUEL (SBN 213148)
315 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone Number (415) 533-6973
attystevengruel@sbcglobal.net
www.gruellaw.com

Attorney for Defendant KEN HONG WONG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>KEN HONG WONG,<br><br>    Defendant. | No. CR-23-0162-WHO<br><br>DEFENDANT KEN HONG WONG'S REPLY TO THE GOVERNMENT'S SENTENCING MEMORANDUM<br><br>Honorable William H. Orrick III<br><br>Date: November 30, 2023<br>Time: 1:30 pm |

KEN HONG WONG, by and through his counsel, Steven F. Gruel, hereby submits DEFENDANT'S REPLY TO THE GOVERNMENT'S SENTENCING MEMORANDUM.

**KEN HONG WONG'S REPLY**

The government recommends a sentence of 6 months in custody, 1 year of supervised release

1

*DEFENDANT KEN WONG'S REPLY*

and a $50,000 fine.[1] While the defense concurs with the government's 5K1.1 motion as well as its conclusion that a downward variance is also warranted, the undisputed facts of the case support the defense recommendation of 3 years of probation, 3 months of home detention and a $10,000 fine.[2]

Notwithstanding the government's 5K1.1 motion and downward variance, its sentencing recommendation was arrived without the additional consideration of the content of the exhibits filed with Ken Wong's sentencing memorandum. The prosecution did not have the ability to consider, much less mention, the thoughtful letter submitted for the Court's review by the distinguished retired FBI agent Kingman Wong. The government's recommendation did not consider Ken Wong's decades of community service work, his endless volunteer fundraising work for Children's Hospitals, the Red Cross and Public Safety Programs or the numerous letters of support from the Community. In short, the additional undisputed facts provided in Ken Wong's sentencing memorandum not considered by the prosecution further support the 3-year probation sentence recommended by the defense.

Furthermore, the statutory requirement to avoid sentencing disparities is a significant factor in concluding that the appropriate sentence in Ken Wong's case is 3 years of probation, 3 months of home confinement and a $10,000 fine. When considering the need to avoid sentencing disparities, the prosecution's memo points to the sentences of Florence Kong, Alan Varela, Balmore Hernandez and John Porter as justifying its recommendation of 6 months in

---

[1] Although the government filed its recommendation under seal on November 22, 2023, the defense did not receive a copy until November 29, 2023 due to email issues.

[2] The defendant's November 28, 2023 under seal filing provides greater detail supporting the government's 5K1.1 downward departure motion.

custody and a $50,000 fine in the Ken Hong Wong case.  To the contrary, given the substantial influence peddling these defendants had in their long-term relationships with Nuru, their sentences actually support imposing 3 years of probation and a $10,000 fine for Ken Wong. Indeed, one only need to look at the FBI's sworn criminal complaints for each of these other defendants to realize that their sentences for their crimes support the defense recommendation for Ken Wong.

For example, Florence Kong's received an ultimate sentence of 10 months in custody. Unlike Ken Wong, however, Florence Kong, who owned a construction company called Kwan Wo Ironworks and SFR Recovery Inc., which did extensive business with the City of San Francisco, repeatedly lied to the FBI about her involvement with Nuru.  According to the FBI's sworn complaint, Kong made the following lies to Special Agents about her relationship Nuru:

> "a. KONG said that she and Nuru were friends but they do not discuss business;
>
> b. KONG said Nuru did not help her with contracts, whether the contracts were directly with the city or if she was a subcontractor for a city contract;
>
> c. KONG said Nuru did not extend contract application deadlines for contracts KONG wanted;
>
> d. KONG said Nuru did not help KONG obtain work as part of a contract with Clark Construction to do work at the San Francisco Animal Care and Control Facility, and said she never talked to Nuru about that contract;
>
> e. KONG said she did not talk to Nuru about the construction debris contract she had with the City;
>
> f. KONG said she never gave Nuru money."

3

*DEFENDANT KEN WONG'S REPLY*

In short, Kong bribed Nuru, and then lied about her actions, to obtain lucrative contracts with the City of San Francisco such as for disposing of construction debris at her recycling plant. Notwithstanding her repeated lies, her illegal city contracts and her 24 - 30 months guideline range, Ms. Kong served 10 months in custody.

Alan Varela was the founder and President of ProVen Management which was involved in many large-scale construction projects including a number of contracts with the City. Through ongoing bribes and influence, Varela was awarded contracts and projects with Nuru's illegal assistance.  In 2016, Varela and two others wanted to obtain a DPW contract to operate an asphalt plant on land owned by the Port of San Francisco and began bribing Nuru. Varela's conduct was extensive, long-lasting and lucrative.  Nutu received over $100,000 in bribes, free improvements to his vacation home, $25,000 in cash and a $40,000 John Deere tractor. Valera did not cooperate with law enforcement in the Nuru investigation. He nonetheless received 13 months off the low end of his advisory guidelines range of 37 to 46 months and was sentenced to 24 months.

Balmore Hernandez was one of the defendants working with Varela in their criminal relationship with Nuru. Hernandez was the CEO and Vice President of AzulWorks, Inc. which received numerous contracts with the City and County of San Francisco, including contracts with DPW in 2018 worth millions of dollars. Prior to forming AzulWorks, Inc., Hernandez was a longtime employee of DPW and he had a close relationship with Nuru.  FBI agents learned that numerous bribes were given by Hernandez to Nuru in exchange for assistance with business with the City. Much of Hernandez's bribery scheme focused heavily on Nuru's vacation home in

Northern California. The home, which Nuru and Hernandez referred to as the "ranch," was built from scratch by contractors largely from San Francisco or the Bay Area. Hernandez paid for and provided a substantial portion of the labor and materials to build the house and improve the property. The FBI learned that Hernandez and AzulWorks, between late 2016 and the end of 2018, supplied in excess of $250,000 in labor and materials to help Nuru build the home and related improvements at the "ranch."  The FBI investigation revealed Hernandez was also an integral part of a scheme to bribe Nuru win a contract through DPW to operate an asphalt plant on land owned by the Port of San Francisco.  Hernandez, like Valera, faced a sentencing guideline range of 37- 46 months but he cooperated with law enforcement. His sentence was only 6 months in custody.

     Finally, John Porter's sentence of 6 months of home confinement supports a somewhat similar sentence for Ken Wong (3 years of probation with 3 months of home confinement).  John Porter was the former vice president of Recology.  Porter knew that a small handful of city officials had immense control over the profits that Recology could earn from its San Francisco routes.  Porter wrote: "Mohammed is the Director of the DPW who ultimately signs off on our rates. Needless to say, keeping him happy is important."  To keep Nuru happy, from 2014 to 2020, Recology directed over $1 million to what prosecutors described as a "slush fund." A San Francisco City investigation later found that Recology overcharged San Franciscans by nearly $100 million during Nuru's tenure.   Porter did not cooperate with the investigation in this case.

     Interestingly enough, absent from the government's list of Nuru related cases to compare is the non-prosecution of billionaire developer Zhang Li (and his $53 billion dollar company

called Z & L Properties) who spent considerable time and money cultivating a deep-rooted influence into the greedy PDW director.  Instead of receiving a criminal conviction, Li was slightly slapped with a deferred prosecution agreement for his long scheme of bribes to Nuru for illegal assistance in Li's 555 Fulton Street project.  See *United States v. Zhang L,* CR-23-0220-WHO (Dkt. #4.)   Instead of prison time, billionaire Li was required to pay a mere $50,000 fine -- *the same fine amount the prosecution recommends Ken Wong pay*!  Li apparently also dodged prosecution with a $1 Million dollar fine against Z & L Properties – but that is an utterly meaningless figure for accompany worth billions.

    In the end, Ken Wong appreciates the prosecution's 5K1.l motion and downward variance. The government's recommendation, however, falls far short.  Rather, the "the full measure" of Ken Wong as presented by his decades of community service, the letters of support and awards achieved; together with the lower level of Ken Wong's crime when compared to the many others who also paid Nuru's bribes; and, a review of the sentences received by other related defendants who didn't cooperate or were much more culpable, all support the defense recommended sentence: 3 years of probation, 3 months of home confinement and a $10,000 fine.

DATED: November 29, 2023

                                                ____/s/_____
                                                STEVEN F. GRUEL
                                                Attorney for Defendant Ken Hong Wong